# United States Court of Appeals for the Federal Circuit

---

**VALEO NORTH AMERICA, INC.,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES, ALERIS ROLLED PRODUCTS, INC., ARCONIC CO., COMMONWEALTH ROLLED PRODUCTS INC., CONSTELLIUM ROLLED PRODUCTS RAVENSWOOD, LLC, JUPITER ALUMINUM CO., JW ALUMINUM COMPANY, NOVELIS CORPORATION, ALUMINUM ASSOCIATION COMMON ALLOY ALUMINUM SHEET TRADE ENFORCEMENT WORKING GROUP,**
*Defendants-Appellees*

---

2024-1189

---

Appeal from the United States Court of International Trade in No. 1:21-cv-00581-MAB, Chief Judge Mark A. Barnett.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

August 12, 2025
Date

Jarrett B. Perlow
Clerk of Court