# United States Court of Appeals for the Federal Circuit

_____

**VALEO NORTH AMERICA, INC.,**
*Plaintiff-Appellant*

v.

**UNITED STATES, ALERIS ROLLED PRODUCTS, INC., ARCONIC CO., COMMONWEALTH ROLLED PRODUCTS INC., CONSTELLIUM ROLLED PRODUCTS RAVENSWOOD, LLC, JUPITER ALUMINUM CO., JW ALUMINUM COMPANY, NOVELIS CORPORATION, ALUMINUM ASSOCIATION COMMON ALLOY ALUMINUM SHEET TRADE ENFORCEMENT WORKING GROUP,**
*Defendants-Appellees*
_____

2024-1189
_____

Appeal from the United States Court of International Trade in No. 1:21-cv-00581-MAB, Chief Judge Mark A. Barnett.
_____

**MANDATE**
_____

In accordance with the judgment of this Court, entered August 12, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

October 3, 2025
Date

Jarrett B. Perlow
Clerk of Court